IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TURNER BROADCASTING SYSTEM, INC., <br>     One CNN Center <br>     Atlanta, GA 30303 <br><br>         Plaintiff, <br><br> v. <br><br> STAR MEDIA PROPERTIES, LLC <br>     c/o Dennis Ray, President <br>     1465 Post Road, East, Suite 203 B, <br>     Westport, CT 06880. <br>         and <br> SSM MEDIA VENTURES, INC. <br>     c/o Atonn Muhammad, <br>     1020 19th St., N.W. <br>     Washington, D.C. 20036 <br><br>         Defendants. | CIVIL ACTION <br><br> NO. _____ |

## COMPLAINT

Plaintiff Turner Broadcasting System, Inc., ("TBS, Inc.") by and through its counsel of record, files its Complaint against Star Media Properties, LLC ("Star Media") and SSM Media Ventures, Inc. ("SSM Media") as follows:

1. Plaintiff TBS, Inc. is a Georgia corporation with its principal place of business in Atlanta, Georgia.

2. Upon information and belief, Star Media Properties, LLC is a limited liability company organized under the laws of the State of Delaware, whose members are (i) Dennis Ray, a citizen of the state of Connecticut; and (ii) Milestone Media and Entertainment, Inc., a Connecticut corporation with its principal place of business in Connecticut. Star Media may be served with process by serving its president Dennis Ray, 1465 Post Road, East, Suite 203 B, Westport, CT 06880.

3. Defendant SSM Media is a Delaware corporation with its principal place of business in Washington, D.C. SSM Media may be served with process by serving its president and chairman, Atonn Muhammad, 1020 19th St., N.W., Washington, D.C. 20036.

4. Defendants are subject to personal jurisdiction in this Court, and venue is proper in this Court.

5. Pursuant to 28 USC § 1332, this Court has jurisdiction over this matter in that the parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. Star Media contracted with TBS, Inc. to purchase advertising on behalf of McDonald's to be telecast in the first quarter of 2009 on TBS,

Inc.'s cable television programming services, TNT and TBS. TBS, Inc. exhibited all of the advertisements on such programming services in accordance with the parties' agreement and submitted timely invoices for such advertising (the "Invoices"). Star Media has failed and refused to remit payment of amounts due pursuant to the agreement and Invoices.

7. On information and belief, SSM Media subsequently agreed to assume and fully satisfy all outstanding debts of Star Media.

8. TBS, Inc. submitted copies of the Invoices to SSM Media for payment, but despite repeated demands, no payment has been made.

9. Star Media and SSM Media remain jointly and severally indebted to TBS, Inc. for the amounts owed pursuant to the Invoices, which total $340,000.00.

10. Under Georgia law (O.C.G.A. § 7-4-16), TBS, Inc. is entitled to recover interest on the principal amounts owed pursuant to the Invoices at the rate of 18% per annum. As of April 15, 2010, interest has accrued on the Invoices in the amount of $61,597.92, and future interest will continue to accrue from April 15, 2010 at the rate of $167.67 per day until paid.

11. Defendants have acted in bad faith, been stubbornly litigious and caused TBS, Inc. unnecessary trouble and expense. Under Georgia law

(O.C.G.A. § 13-6-11), TBS, Inc. therefore is entitled to collect its reasonable attorneys' fees for collection of amounts due under the Invoices.

**WHEREFORE,** TBS, Inc. prays that this Court enter judgment in its favor against Defendants Star Media Properties, LLC and SSM Media Ventures, Inc., jointly and severally, in the following amounts:

a) The total principal due under the Invoices in the amount of $340,000.00, plus past due interest as of April 15, 2010 in the amount of $ 61,597.92, and future interest from April 15, 2010 in the amount of $167.67 per day until paid;

b) TBS, Inc.'s reasonable attorneys' fees in an amount to be proven pursuant to O.C.G.A. § 13-6-11;

c) the costs of this action; and

d) such other relief as this Court shall deem just and appropriate.

This 28th day of April, 2010.

_/s/ Tameka Collier_
Tameka M. Collier
D.C. Bar No. 488979
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
(202) 274-2950 (telephone)
(202) 274-2994 (facsimile)
*tameka.collier@troutmansanders.com*

**OF COUNSEL:**
James A. Lamberth
TROUTMAN SANDERS LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
(404) 885-3000 (telephone)
(404) 885-3900 (facsimile)
*james.lamberth@troutmansanders.com*

Attorneys for Plaintiff
Turner Broadcasting System, Inc.